Robert J. Barron
Attorney-at-Law*/Requestor
▮
Harlingen, TX  78554
Telephone:: ▮
EMAIL: ▮

Via Priority Mail w/Delivery Confirmation on the below date

National Personnel Records Center, Annex
Civilian Personnel Records
1411 Boulder Boulevard
Valmeyer, IL 62295

(Also via EMAIL to cpr.center@nara.gov)

July 6th, 2020

Re: Freedom of Information Act Request for Department of the Army Employment Records (to include Form SF 1150) for BARRON, ROBERT J., ▮

Dear FOIA Clerk:

  This letter is a formal request under the Freedom of Information Act (FOIA), as amended (5 USC §522), for all nonexempt portions of the information described below:

  All documents, forms or other written, photographic electronic computer or recorded materials, (b t specifically, Form SF 1150) showing my employment with the Department of the Anny from the period of January 26th, 1987, to the conclusion of said employment on January 15•\ 2000; but again, pecifically.SF 1150.

  · The reason for this request is as follows: I returned to Federal Service on September 29th, 2019. My agency is requesting the SF 1150 in order to verify my previous federal service, and to restore the around/about six hundred (600) hours of sick leave that I had at the time of my separation.

  I have included the following documents to aid you in your search for these records:

pnclosure 1: SF-SOB, showing my initial accession into Federal Service, dated 01/27/97.
Enclosure 2: SF-SOB, showing that I was granted career tenure, dated 01/24/90.
Enclosure 3: SF-SOB, showing my separation from Federal Service, dated 01/15/00.
Enclosure 4: SF-SOB, showing my accession back into Federal Service, dated 09/27/19.

As you are aware, the FOIA permits fees to be charged only for search and copying costs and not for review of the material. As an alternative to being assessed copying fees in excess of $50.00, I wish to be contacted about the prospective amount of copying costs and be given the option of access to the requested documents that are responsive to my request, so that I might review them without incurring duplication costs and select those documents I wish copied. Section (a)(3) of the FOIA requires agencies to make documents and information promptly available. Section (a)(4) permits "recovery of only direct costs of such search and duplications." Therefore, agencies are required by law to make documents available for inspection and may not require the purchase of copies of documents.

I respectfully ask that you respond within 20 working days. If you have any questions regarding this request, please telephone me directly at the number above. Thank you in advance for your help.

Sincerely,

Robert J. Barron
Attorney-at-Law

Enclosures:
All documents listed above.

*Admitted to ◆ctice, State of Oklahoma and State of Utah; not admitted to practice, State of Texas.

# ENCLOSURE ONE

Standard Form SO-B
Rev. January 1984
U.S. Office of Personnel Management
FPMCflapter296- PAYROLL 15002

**NOTIFICATION OF PERSONNEL ACTION**

| | |
|---|---|
| 1. Name: (Last, First, Middle) BARRON, ROBERT J. | 2. SSN [redacted] 3. [redacted] MONSEN 4. Date of Birth [redacted] |
| 6. Veteran Preference: 1 (1-None, 2-5 Pt, 3-10 Pt. Disab., 4-10 Pt. Comp., 5-10 Pt. Other, 6-10 Pt/30% Comp.) | 6. Serv. Comp. Date 01-26-117   7. Tenure 2   8. [redacted] T.. |
| 9. FEGLI  C BASIC | 10. FLSA  N (E-Exempt, N-Nonexempt)   11. Sex M   12. Citizenship 1   16. (Opt) 001 |
| 14. Data 01-26-87  Indicator (1-Reempl Ann-CS, 2-RE'RI, 8-REIM, 4-RB'O&CS, 6-RETM&CS, 9-NatAppllcable) | 16. Work Schedule F (F-Full-time, P-Part-time, I-Intermittent, G-FT Seasonal, Q-PT Seasonal, J-INT Seasonal)   17. |
| 18-A. NOAC  UU   18-B. Nature of Action: CAREER-COND APPT | 19-A. NOAC   19-B. Nature of Action |
| 18-C. 18.D. Authority: 8ILM J1PU..AUI"- Mit&T ®.;£QLJą- s | 19-C. 19-D. Authority Code |
| 18-E. 18-F. Authority | 19-E. 19-F. Authority Code |
| 20. FROM: Position Title and Number | 27. TO: Position Title and Number  USAA UNIT ADMINISTRATIVE TECHNICIAN  POS NO. FC-MI-20 |
| 21. Name and location of Employing Office  ZZ  123 | 28. Name and Location of Employing Office  96TH US ARMY RESERVE COMMAND  CO t, 3RO 1U4 87TH INF  DENVER, CO 80201 |
| Grade or Level • Step at Ram 125.   Salary   126. Pay Basis | 31. Pay Plan/Occ Code/Grade/Step   32. Salary   33. Pay Basis  GS  0303  05  01   $14,822.00   PA |
| 34. Duty Station  DENVER, CO | 35. Position Occupied: 1 (1-Competitive, 2-Excepted, 3-SES General, 4-SES Career Reserved)   36. Appropriation Code (Optional) 512923.00AOZ |

37. Remarks

NEW HIRE - 31 DAY ENROLLMENT PERIOD FOR HEALTH BENEFITS
~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~
APPOINTMENT AFFIDAVIT EXECUTED 01-26-87.
OPF:MAI\ffAI NfD B\V CPO, FT CARSON CO 80913.
APPOINTMENT IS SUBJECT TO COMPLETION OF ONE YEAR INITIAL PROBATIONARY
PERIOD BEGINNING 01 26 87.
SERVICE COUNTING TOWARD CAREER TENURE FROM 01-26-87.
AS A CONDITION OF EMPLOYMENT, YOU ARE REQUIRED TO MAINTAIN MEMBER-
SHIP IN THE UNIT IN WHICH EMPLOYED. IF EMPLOYED I OTHER THAN A
TROOP PROGRAM UNIT - YOU MUST BE A MEMEBER OF THE USAR SELECTED RESERVE.
APC/COST CODE S108
CSRS COVERAGE AT APPOINTMENT: NO PRIOR COVERAGE

| 38. Approval | | 39. FPMIS Data   TDA DATA   FC/N3E4AA/007D/03 |
|---|---|---|
| A. Title of Approving Official  FDR APPOINTING OFFICER | B. Date  01-27-81 | A. Supv. or Nonsupv. 8   B. VEV IND N   C. PRD 0   D. Barg. Unit Status 7777   E. Functional Class 60 |
| | | F. Educational Level 04   G. Year Degree Attained   H. Academic Discipline   I. Agency Code AR FC |
| DESIGNATED APPOINTING OFFICIAL | | J. Location Code 080600031   K. SON 2283 |
| 40. Employing Department or Agency  DEPARTMENT OF ARMY | | N.   O.   P.   Q. |

5 Part
50-809 — 1-Employee copy —
Previous Edition Usable
NSN 7540-01-110-4907

# ENCLOSURE TWO

Standard Form 50-B
Rev. 4/87
U.S. Office of personnel Management
FPM chapter 298

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| BAIMO, ROBERT J. | | | 01-26-90 |

## FIRST ACTION / SECOND ACTION

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 880 | CHANGE IN TENURE GROUP | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| | REG 315.202 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | USAR UNIT ADMINISTRATOR  F0730 |

| 8. | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Salary | 13. Pay Basis | 16. Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | GS | 0303 | 07 | 01 | $20,195.00 | PA |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | USAR TECH GP, 94TH ARCOM  351 GEN HOSP SEC 2  FORT DEVENS, MA 01433 |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1  1-None  3-10 Pt. Disab.  5-10 Pt. Other  2-5 Pt.  4-10 Pt. Comp.  6-10 Pt./30% Comp. | 2  0-None  2-Conditional  1-Permanent  3-Indefinite | | YES  XX NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C  BASIC LIFE ONLY | 9  1-Reempl. Ann-CS  3-RETM  5-RETM & CS  2-RETO  4-RETO & CS  9-Not Applicable | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| N  FERS & FICA-RESERVE TECH | 01-26-87 | F  F-Full-time  I-Intermittent  J-INT Seasonal  G-FT Seasonal  H-FT On Call  P-Part-time  Q-PT Seasonal  R-PT On Call | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career Reserved | E  E-Exempt  N-Nonexempt | 518997.00000 | 3060 |

| 38. Duty Station Code | 39. Duty Station (City-County or Overseas Location) |
|---|---|
| 500150027 | CHESTER, VT |

| 40. | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| PPN 5071 | | | | TDA DATA FC/W3D4AA./1291/13 |

46. Remarks
COMPLETED SERVICE REQUIREMENT FOR CAREER TENURE FROM 01-26-87 TO 01-26-90

| 48. Employing Department or Agency | 50. Signature/Authentication Title of Approving Official |
|---|---|
| ARMY, THE | P\..J |
| 47. Code  48. Personnel Office ID  49. Approval Date | |
| AR FC  2482  01-24-90 | JAMES B. , CH PSD3 |

TURN OVER FOR IMPORTANT INFORMATION
2  1-Employee Copy - Keep for Future Reference.
Previous Editions Unusable After 9/30/88
NSN...

# ENCLOSURE THREE

Standard Form 50
Rev 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

**NOTIFICATION OF PERSONNEL ACTION**

| 1 Name (Last, First, Middle) | 2 Social Security Number | 3 Date Of Birth | 4 Effective Date |
|---|---|---|---|
| BARRON ROBERT J | ■■■■ | ■■■■ | 01-15-00 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature Of Action |
|---|---|
| 317 | RESIGNATION |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| RPM | REG 715.202 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
|  |  |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
|  |  |

| 6-C. Code | 6-D. Legal Authority |
|---|---|

| 6-E. Code | 6-F. Legal Authority |
|---|---|

**7. FROM: Position Title and Number**
USAR UNIT ADMINISTRATOR
J  00181

| 8.Pay Plan | 9.Occ. Code | 10.Grade/Level | 11.Step/Rate | 12.Total Salary | 13.Pay Basis |
|---|---|---|---|---|---|
| GS | 0303 | 07 | 07 | $33,915.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $31,762 | $2153 | $33,915 | $0 |

**14. Name and Location of Position's Organization**
90TH RSC
DET 1,304 MT CO,319 SPT BN,172 SPT GP
NORMAN, OK 7306
N LITTLE ROCK, AR   90CABF

**15. TO Position Title and Number**

| 16.Pay Plan | 17.Occ.Code | 18.Grade/Level | 19.Step/Rate | 20.Total Salary/Award | 21.Pay Basis |
|---|---|---|---|---|---|

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|

**22. Name and Location of Position's Organization**

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 2  1-None  3-10-Point/Disability  5-10-Point/Other  2-5-Point  4-10-Point/Compensable  6-10-Point/Compensable/30% | 1  0-None  2-Conditional  1-Permanent  3-Indefinite |  | X YES  □ NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0  BASIC ONLY | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| N  FERS AND FICA- RESERVE TECH | 09-01-86 | F  FULL TIME |  |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1-Competitive Service  3-SBSGa>cnl  2-Excepted Service  4-SI!SC..CC.-R=ved | E | AMS: 113R11.00YZZ APC 6AFB | 5465 |

| 38. Duty Station Code | 39. Duty Station (City, County-State or Overseas Location) |
|---|---|
| 40-3430-027 | NORMAN  OK  CLEVELAND |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| CDA | PON#OA |  |  | TDA DATA HR/W0FQAA/143F/02 |

**45. Remarks**

FORWARDING ADDRESS: PO BOX 511312 SALT LAKE CITY OT 84151-1312
LOM1?-SOM PAYMENT TO BE MADE FOR ANY UNUSED ANNUAL LEAVE.
REASON FOR RESIGNATION; ACCEPTED JOB IN PRIVATE INDUSTRY.
SF 2819 WAS PROVIDED. LIFE INSURANCE COVERAGE IS EXTENDED FOR 31 DAYS DURING
WHICH YOU ARE ELIGIBLE TO CONVERT TO AN INDIVIDUAL POLICY (NONGROUP CONTRACT)..
HEALTH BENEFITS COVERAGE IS EXTENDED FOR 31 DAYS DURING WHICH YOU ARE ELIGIBLE
TO CONVERT TO AN INDIVIDUAL POLICY (NONGROUP CONTRACT1. YOU ARE ALSO ELIGIBLE
FOR TEMPORARY CONTINUATION OF YOUR FEHB COVERAGE FOR 01? TO 18 MONTHS.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPT OF THE ARMY | Electronically Signed |
| 47. Agency Code ... 48. Personnel Office ID ... 49. Approval Date  ARHR  2241  01-14-00 | KMen Williams  NCCPOC |

TURN OVER FOR IMPORTANT INFORMATION
5-Part  50-316
1 - Employee Copy - Keep For Future Reference
Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN7540-01-333-6238

# ENCLOSURE FOUR

# NOTIFICATION OF PERSONNEL ACTION

| 1 Name (Last, First, Middle) | 2 Social Security Number | 3 Date of Birth | 4 Effective Date |
|---|---|---|---|
| BARO, ROBERT JACOB | | | 09/29/19 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A Code: 110 | 5-B Nature of Action: EXCAPPT | 6-A Code | 6-B Nature of Action |
| 5-C Code: WDM | 5-D Legal Authority: SCH A 213.3102D | 6-C Code | 6-D Legal Authority |
| 5-E Code | 5-F Legal Authority | 6-E Code | 6-F Legal Authority |

| 7 FROM: Position Title and Number | 15 TO: Position Title and Number |
|---|---|
| | GEN ATTY 91010787 L00149 |

| | | | | | 15 TO continued |
|---|---|---|---|---|---|
| 8 Pay Plan | 9 Occ Code | 10 Grade/Level | 11 Step | 12 Total Salary | 13 Pay Basis |
| | | | | | |
| | | | | | |
| 16 Pay Plan: GS | 17 Occ Code: 0905 | 18 Grade: 14 | 19 Step: 01 | 20 Total Salary: 104,821.00 | 21 Pay Basis: PA |

| 12A Basic Pay | 12B Locality Adj | 12C Adj Basic Pay | 12D Other Pay | 20A Basic Pay | 20B Locality Adj | 20C Adj Basic Pay | 20D Other Pay |
|---|---|---|---|---|---|---|---|
| .00 | | | .00 | 90,621.00 | 14,100.00 | 104,821.00 | .00 |

| 14 Name and Location of Position's Organization | 22 Name and Location of Position's Organization |
|---|---|
| | IMMIGRATION AND CUSTOMS ENFORCEMENT<br>ASST SEC LEGAL ADVISOR<br>OPLA SA4 ANTONIO<br>OPLA PRT ISAB LSVC PROCSNG CNT<br><br>BS BBG7101*849800000 PP202019 |

## EMPLOYEE DATA

| 23 Veterans Preference | 24 Tenure | 25 Agency Use | 26 Veterans Pref for RIF |
|---|---|---|---|
| | | | |

| 27 FEGLI | 28 Annuitant Indicator | 29 Pay Rate Determinant |
|---|---|---|
| BASIC | NOT APPLICABLE | NOT APPLICABLE |

| 30 Retirement Plan | 31 Service Comp Date (Leave) | 32 Work Schedule | 33 Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| FERS (BAE) | 09/29/19 | F FULL TIME | |

## POSITION DATA

| 34 Position Occupied | 35 FLSA | 36 Appropriated Code | 37 Bargaining Unit Status |
|---|---|---|---|
| 2-Excepted Service | E Exempt | | 3441 |

| 38 Duty Station Code | 39 Duty Station (City-County-State or Overseas Location) |
|---|---|
| 48548-061 | PORT ISABEL CAMERON TX |

40. 
41. POSITION IS AT THE FULL PERFORMANCE LEVEL.
APPOINTMENT AFFIDAVIT EXECUTED 9/30/2019
OPF: "1A1 DJBD BY.BOPP
CREDITABLE MIL TALY SERVICE: 00YRS. 00MOS.
PREVIOUS RETIREMENT COVERAGE: NEVER COVERED
EMPLOYEE IS AUTOMATICALLY COVERED UNDER FERS, FERS-RAE OR FERS-FRAE.
SERVICE COUNTING TOWARDS PERMANENT TENURE FROM 09/29/2019
APPOINTMENT IS SUBJECT TO COMPLETION OF A 2 YEAR TRIAL/PROBATIONARY PERIOD
BEGINNING 09/29/2019

| 45 Employing Department or Agency | 50 Signature/Authentication and Title of Approving Official |
|---|---|
| HOMELAND SECURITY | ELECTRONICALLY SIGNED BY: DARCY J. PAILLIOTET |
| 47 Agency Code: HHB | 48 Personnel Office ID: 1645 | 49 Approval Date: 09/19/19 | DIRECTOR, HUMAN CAPITAL OPERATIONS |

5-Part 50-316      2 - OPF Copy • Long Term Record - DO NOT DESTROY      Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

```
================================================
                    HARLINGEN
               1502 NEW COMBES HWY
             HARLINGEN, TX 78550-9998
                    483890-0077
                   (800)275-8777
                07/06/2020 04:13 PM
================================================
------------------------------------------------
Product              Qty    Unit       Price
                            Price
------------------------------------------------
PM 2-Day              1    $7.75       $7.75
Flat Rate Env:"
    Domestic
    VALMEYER, IL  62295
    Flat Rate
    Expected Delivery Day
    Thursday 07/09/2020
    USPS Tracking#
    9505 5156 1152 0188 1784 42
Insurance                              $0.00
    Up to $50.00 included
PM 3-Day              1    $7.75       $7.75
Flat Rate Env
    Domestic
    COLORADO SPRINGS, CO  80903
    Flat Rate
    Expected Delivery Day
    Friday 07/10/2020
    USPS Tracking #
    9505 5156 1152 0188 1784 5
Insurance                              $0.00
    Up to $50.00 included
------------------------------------------------
Total:                                $15.50
------------------------------------------------

------------------------------------------------
Credit Card Remitd                    $15.50
    Card Name:AMEX
    Account #:XX)(}(XXXXXXX4006
    Approval #:857743
    Transaction #:406
    AID:A000000025010801          Chip
    AL:AMERICAN EXPRESS
    PIN:Not Required
------------------------------------------------


        *********XXXX********* X XXX*X********
         Due to limited transportation
          availability as a result of
          nationwide COVID-19 impacts
            package d Ji
```

**ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO...**

# USPS Tracking®

FAQs)

## Track Another Package +

**Tracking Number:** 9505515611520188178442

Remove X

Your item was delivered to an individual at the address at 11:56 am on July 10, 2020 in VALMEYER, IL 62295.

**USPS Premium Tracking™ Available** ∨

### 🗸 Delivered

July 10, 2020 at 11:56 am
Delivered, Left with Individual
VALMEYER, IL 62295

**Get Updates** ∨

| Text & Email Updates | ∨ |
|---|---|
| Tracking History | ∨ |
| Premium Tracking | ∨ |
| Product Information | ∨ |

See Less ∧